IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | CRIMINAL NO.: PWG13CR0100 |
| ALI SABOONCHI and ARASH RASHTI MOHAMMAD | |
| Defendants. | |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE AS ALI SABOONCHI'S COUNSEL

Upon Consideration of the Motion to Withdraw Appearance by Afshin Pishevar's Counsel, any opposition thereto, and the record herein, it is on this _____ day of _____, 2013, **ORDERED**, that the Motion is hereby **GRANTED** and that the Appearance of Afshin Pishevar is hereby stricken.

_____ 4/4/13
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND