CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

September 13, 2013

RE: *United States v. Ali Saboonchi, et al.*
    Criminal No: PWG-13-100

Dear Counsel:

    I have been reviewing the parties' submissions in the above-captioned case in preparation for the motions hearing scheduled for September 23, 2013 at 1:00 p.m. I am grateful for the effort that counsel has put into briefing the matters before the Court. However, I would appreciate if counsel would provide the Court with additional information as to the following matters:

1) Any authority regarding the permissible basis for a border search performed away from a border and later in time than the border crossing giving rise to the search;

2) Any authority regarding the applicability of *Miranda v. Arizona* to interrogations at the U.S. border, whether or not those interrogations are custodial, and/or whether such interrogations are necessarily custodial or non-custodial;

3) Any facts that could have supported reasonable suspicion with respect to Defendant as of March 31, 2012; and

4) Any facts that support Defendant's arrest that were not gleaned from the materials seized by Customs and Border Patrol (CBP) on March 31, 2012, Defendant's questioning by CBP on that date, or his subsequent questioning by Homeland Security Investigations agents on April 4, 2012.

    These materials need not be provided in any particular format. A list of relevant case law or other legal authority and statements of relevant facts will suffice, although both parties may provide briefing on any or all of these questions at their discretion.

    Please file supplemental submissions relating to the above materials no later than 5:00 p.m. on Thursday, September 19, to allow the Court to give them adequate consideration in advance of the motions hearing.

Thank you.

Sincerely,

/S/

Paul W. Grimm
United States District Judge

dsy