United States Of America

vs.

Ali Saboonchi

FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 2 4 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY /SA/ DEPUTY

**Criminal No. PWG 13-CR-100**                                    **Government's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1A | 09/23/2013 | 09/23/2013 | Photo of U.S. Border Station Inspection Building |
| 1B | 09/23/2013 | 09/23/2013 | Photo of Main Lobby |
| 1C | 09/23/2013 | 09/23/2013 | Front Lobby Area |
| 1D | 09/23/2013 | 09/23/2013 | Photo of Chairs |
| 1E | 09/23/2013 | 09/23/2013 | Photo of Inspection Area |
| 1F | 09/23/2013 | 09/23/2013 | Photo of Inspection Area different Angle |
| 1G | 09/23/2013 | 09/23/2013 | Photo of Steel Chairs |
| 1I | 09/23/2013 | 09/23/2013 | Photo of different angle of medium second inspection |
| 2 | 09/23/2013 | 09/23/2013 | Receipt for Property |
| 3 | 09/23/2013 | 09/23/2013 | Email Between Baird and O'Rourke |
| 4 | 09/23/2013 | 09/23/2013 | Detention Notice and Custody Receipt for Detained Property |

Exhibit List (Rev. 3/1999)