**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **v.** | * Criminal Case No.: PWG-13-100 |
| **ALI SABOONCHI,** *et al.* | * |
|  | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is, this 6th day of May, 2014, ORDERED that Defendant Ali Saboonchi's Motion to Dismiss the Indictment, ECF No. 111, is DENIED.

/S/
Paul W. Grimm
United States District Judge

dsy