IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-13-0100 |
| | * | |
| ALI SABOONCHI, | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

## VERDICT

1. How do you find the defendant, **ALI SABOONCHI**, as to **COUNT ONE**, Conspiracy to Export to an Embargoed Country?

   Not Guilty _____        Guilty __X__

2. How do you find the defendant, **ALI SABOONCHI**, as to **COUNT TWO**, Unlawful Export to an Embargoed Country?

   Not Guilty _____        Guilty __X__

3. How do you find the defendant, **ALI SABOONCHI**, as to **COUNT THREE**, Unlawful Export to an Embargoed County?

   Not Guilty _____        Guilty __X__

4. How do you find the defendant, **ALI SABOONCHI**, as to **COUNT FOUR**, Unlawful Export to an Embargoed Country?

   Not Guilty _____        Guilty __X__

5. How do you find the defendant, **ALI SABOONCHI**, as to **COUNT FIVE**, Unlawful Export to an Embargoed Country?

~~Not Guilty~~                 ~~Guilty       X~~

6. How do you find the defendant, **ALI SABOONCHI**, as to **COUNT SIX**, Unlawful Export to an Embargoed Country?

Not Guilty _____          Guilty __X__

7. How do you find the defendant, **ALI SABOONCHI**, as to **COUNT SEVEN**, Unlawful Export to an Embargoed Country?

Not Guilty _____          Guilty __X__

8. How do you find the defendant, **ALI SABOONCHI**, as to **COUNT EIGHT**, Unlawful Attempt to Export to an Embargoed Country?

Not Guilty _____          Guilty __X__

The foregoing constitutes the unanimous verdict of the jury.

August 11, 2014         **SIGNATURE REDACTED**   **SIGNATURE REDACTED**
Date                             Foreperson